[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1573

 RAMON TORRES-GONZALEZ,

 Plaintiff, Appellant,

 v.

 GRACIANY MIRANDA-MARCHAND,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Hector M. Laffitte, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Ramon Torres-Gonzalez on brief pro se. 
Graciany Miranda-Marchand on brief pro se. 

 

 November 19, 1997
 

 Per Curiam. The district court properly dismissed 

plaintiff's action on res judicata grounds. That plaintiff's

1992 action was dismissed before trial because plaintiff

filed the action after the statute of limitations had run

does not make preclusion principles inapplicable. One year

statutes of limitations are treated as "substantive," not

procedural, under Puerto Rico law. Febo Ortego v. Superior 

Court, 102 P.R.R. 506, 509 (1974). Consequently, the 

dismissal of plaintiff's 1992 action barred his present

action. See, e.g., Rose v. Town of Harwich, 778 F.2d 77, 80- 

81 (1st Cir. 1985) (explaining that when a statute of

limitations is a substantive limitation extinguishing the

right of action, a dismissal on statute of limitations

grounds constitutes a dismissal on the merits with res

judicata effect).

 Affirmed. 

 -2-